UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | 4:19-MJ-433 |
| v. | § § | |
| MICHAEL WEBB | § | |

## NOTICE OF DESIGNATION OF CASE ASSIGNMENT

Pursuant to Miscellaneous Order No. 3 (Revised June 20, 2000) ("Criminal Justice Act Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the staff attorney designated to work on this case.

Dated: 5/22/2019

BY: */s/ John J. Stickney*
JOHN J. STICKNEY
Asst. Federal Public Defender
Massachusetts State Bar No. 687134
819 Taylor Street; Room 9A10
Fort Worth, TX 76102
(817) 978-2753(TEL)
(817) 978-2757(FAX)

## CERTIFICATE OF SERVICE

I, John J. Stickney, hereby certify that on this the 22ND day of May 2019, a copy of the foregoing notice was hand delivered to the United States Attorney's Office at 801 Cherry Street, Suite 1700, Fort Worth, TX 76102-6897.

*/s/ John J. Stickney*
JOHN J. STICKNEY